ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ARTHUR WILLIAMS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-055 |
| | ) | |
| SHONTAL WRIGHT, COII Prison Guard, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion of Conscience," which the Court construes as a motion for a temporary restraining order, is **DENIED**. (Doc. no. 12).

SO ORDERED this ___ day of December, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE