ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2010 MAY 10 P 4: 13
CLERK

ARTHUR WILLIAMS, JR., )
)
Plaintiff, )
)
v. ) CV 309-055
)
SHONTA WRIGHT, COII Prison Guard; )
JAMAL FOREMAN, COII Prison Guard; )
BRIAN OWENS, Prison Commissioner; )
ANTHONY WASHINGTON, Warden; )
RONNIE LAWRENCE, Deputy Warden; )
KEITH MORRIS, Chief Counselor; )
LARRY BUTTS, Unit Manager; TRACY )
JEFFERSON, Captain; and WESLEY )
O'NEAL, Lieutenant Supervisor, )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion of Constitutional Challenge Question to the

---

[1] While Plaintiff has entitled his filing a "Notice of Appeal," no appeal lies from a Report and Recommendation of a Magistrate Judge. See Perez-Priego v. Alachua County Clerk of Court, 148 F.3d 1272, 1273 (11th Cir. 1998) (*per curiam*). Furthermore, Plaintiff later clarifies that he is "opposing the Magistrate's recommendation to dismiss this civil action." (Doc. no. 33, p. 1). Accordingly, the Court finds that Plaintiff's filing is more appropriately characterized as his objections to the Magistrate Judge's Report and Recommendation.

P.L.R.A." and "Motion for Declaratory Judgment" are **DENIED** (doc. nos. 9, 26), this case is **DISMISSED** without prejudice for failure to exhaust administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this 10th day of May, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE